| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213) 388-2411<br>California State Bar Number: 175497<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br><br>Miguel Ortega Martinez<br>Alicia Martinez<br><br><br><br><br>Debtor(s). | CHAPTER: **13**<br>CASE NO. 1:10-bk-11202-MT<br><br>**SECTION 341(a) MEETING OF CREDITORS:**<br>DATE: 03/10/2010<br>TIME: 03:00 PM<br>HEARING ROOM: 105<br><br>**CONFIRMATION HEARING:**<br>DATE: 04/13/2010<br>TIME: 09:30 AM<br>PLACE: Woodland Hills, California<br>CTRM:    302<br>FLOOR:    3rd<br><br>**DEADLINE FOR OBJECTIONS TO PLAN:** _3/3/2010_ *<br>(*7 days before the Section 341(a) meeting) |

## NOTICE OF SECTION 341(a) MEETING AND
## HEARING ON CONFIRMATION OF CHAPTER 13 PLAN
## WITH COPY OF CHAPTER 13 PLAN

1. NOTICE IS HEREBY GIVEN to all creditors and other interested parties that on the above date and time and in the indicated courtroom, debtor(s) will seek court approval of the attached Chapter 13 plan.

2. **Section 341(a) Meeting Location:**
   - ☐ **725 South Figueroa Street, Lobby Level, Los Angeles**
   - ☒ **21051 Warner Center Lane, Suite 115, Woodland Hills**
   - ☐ **3420 Twelfth Street, Riverside**
   - ☐ **411 West Fourth Street, Room 1-154, Santa Ana**
   - ☐ **128 East Carrillo Street, Santa Barbara**

3. **Chapter 13 Plan Confirmation Hearing Location:**
   - ☐ **255 East Temple Street, Los Angeles**
   - ☒ **21041 Burbank Boulevard, Woodland Hills**
   - ☐ **3420 Twelfth Street, Riverside**
   - ☐ **411 West Fourth Street, Santa Ana**
   - ☐ **1415 State Street, Santa Barbara**

4. **OBJECTIONS TO PLAN:** If you wish to object to the confirmation of the Chapter 13 plan, you must file a written objection with the Bankruptcy Court and serve a copy of it upon the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee before the deadline set forth above. Unless you timely file a written objection to the plan and appear at the confirmation hearing, the Court may treat your failure to do so as a waiver of your right to object to the plan, and may approve the plan.

5. **APPEARANCE BY DEBTOR(S) AND THE ATTORNEY FOR THE DEBTOR(S) IS REQUIRED AT BOTH THE SECTION 341(a) MEETING AND THE CONFIRMATION HEARING.** If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is ready for confirmation, the trustee may, but is not required to, stipulate that the debtors and counsel are excused from appearance at the confirmation hearing (if the assigned judge permits the trustee to waive appearances). If the Chapter 13 trustee finds at the Section 341(a) meeting that the case is NOT ready for confirmation, the trustee may, but is not required to, continue the Section 341(a) meeting and/or the confirmation hearing to a later date. **Unexcused failure by the debtor(s) to appear at either the Section 341(a) meeting or the confirmation hearing may result in dismissal of the case. The dismissal order may include a prohibition on filing any other bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g).**

Dated:    February 3, 2010

/s/ L. Bishop Austin
*Signature of Debtor(s) or Attorney for Debtor(s)*
L. BISHOP AUSTIN & ASSOCIATES
*Print Law Firm Name (if applicable)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Case 1:10-bk-11202-KT    Doc 9    Filed 02/03/10    Entered 02/03/10 17:55:52    Desc
Main Document    Page 2 of 3
Notice of Chapter 13 Confirmation - *Page 2 of 2*

F 3015-1.2

| In re                          | CHAPTER 13                     |
|--------------------------------|--------------------------------|
| Miguel Ortega Martinez         |                                |
| Alicia Martinez                | CASE NO.: 1:10-bk-11202        |
|                    Debtor(s).  |                                |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as   NOTICE OF SECTION 341(a) MEETING AND HEARING ON CONFIRMATION OF CHAPTER 13 PLAN WITH COPY OF CHAPTER 13 PLAN      will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   02/03/2010      I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February  3, 2010 | Moises Lopez |  | /s/ Moises Lopez |
|-------------------|--------------|--|------------------|
| *Date*            | *Type Name*  |  | *Signature*      |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

**F 3015-1.2**

| In re                                          | CHAPTER 13                    |
|------------------------------------------------|-------------------------------|
| Miguel Ortega Martinez                         |                               |
| Alicia Martinez                                | CASE NO.: 1:10-bk-11202       |
| Debtor(s).                                     |                               |

<u>**ADDITIONAL SERVICE INFORMATION (if needed):**</u>

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.