| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939   Fax: (213)388-2411 Fax: Lbishopbk@yahoo.com<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-11202-KT |
|---|---|
| In re<br><br>Miguel Ortega Martinez<br>Alicia Martinez<br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY RULE 3015-1(m) |

I, Miguel Ortega Martinez & Alicia Martinez *(Debtor's name),* hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 02/03/2010 .

2. I am the owner of real property[1] at the following street address:

   11444 Amboy Avenue

   San Fernando, CA 91340                                    (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Central Mortgage company .

   b. Second deed of trust in favor of none *(if applicable).*

   c. Third deed of trust in favor of none *(if applicable).*

*(Continued on next page)*

---

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

**F 3015-1.4**

| In re<br>Miguel Ortega Martinez<br>Alicia Martinez<br>Debtor(s). | CHAPTER 13 |
| | CASE NUMBER 1:10-bk-11202-KT |

4.  The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Central Mortgage Company 801 John Barrow Ste 1 Little Rock, AR 72205 | $2,252.00 | 1-15th Feb 2010 | 02/18/10 |
| | $2,252.00 | 1-15th March 2010 | 03/10/10 |
| | $2,252.00 | 1-15th April 2010 | 04/16/10 |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5.  The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

**F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br><br>Miguel Ortega Martinez<br>Alicia Martinez<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-11202-KT |
|---|---|

6.  Attached to this declaration are copies of the:

☐ cashier's checks,        ☒ money orders,        ☐ certified funds, or

☐ other proof of the Payments described in Paragraph 4 above.

7.  Also attached to this declaration are copies of the:

☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date  March 23, 2010                          Signature  *Miguel Ortega Martinez*
                                                          Miguel Ortega Martinez
                                                          Debtor

Date  March 23, 2010                          Signature  *Alicia Martinez*
                                                          Alicia Martinez
                                                          Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

1 | L. Bishop Austin, Esq. (SBN 175497)
  | L. BISHOP AUSTIN & ASSOCIATES
2 | 3250 Wilshire Blvd., Ste 1500
  | Los Angeles, CA 90010
3 | Tel: (213)388-4939  Fax (213)388-2411
4 | Email: lbishopbk@yahoo.com
  | Attorney for Debtor(s)
5 |

**UNITED STATES BANKRUPTCY COURT**

6 | **CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO  DIVISION**

7 |

In Re:

Miguel Ortega Martinez and Alicia Martinez

Debtor(s)

**CHAPTER 13**
CASE NO: 1:10-bk-11202-KT

DECLARATION RE: MORTGAGE PAYMENT SENT
TO LENDER(s)
[NO HEARING REQUIRED]

I, Miguel Ortega Martinez and Alicia Martinez am the debtor in this case, and the statements made

herein are true and of my own knowledge and if called upon and sworn, I could and would testify

competently thereto.

On April 16, 2010 I purchased and sent the mortgage payment $2,252.00 for my lender CENTRAL

MORTGAGE COMPANY, to the following address:  801 JOHN BARROW STE 1, LITTLE ROCK, AR 72205.

See attached copy of the money order(s).

This payment is for the month of April, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is

true and correct.

Dated: May 3, 2010

_____
Debtor

_____
Joint Debtor



Miguel & Alicia
Martinez

1:10 bk 11202 KT