L. Bishop Austin, Esq.
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES

| | |
|---|---|
| In Re:<br><br>MIGUEL ORTEGA MARTINEZ<br>AND ALICIA MARTINEZ<br><br><br><br>Debtor(s) | **CASE NO. 1:09-bk-18269-GM**<br><br>**Chapter 13**<br><br>**OBJECTION TO THE PROOF OF CLAIM # 6 OF SECURED CREDITOR CENTRAL MORTGAGE CORPORATION, DEBTOR'S DECLARATION IN SUPPORT**<br><br>DATE:   OCTOBER 5, 2010<br>TIME:    09:00 A.M.<br>CTRM:  301<br>            21041 Burbank Blvd.,<br>            Woodland Hills, CA 91367 |

Miguel Ortega Martinez and Alicia Martinez (the "Debtor") herein object to the claim of, Central Mortgage Corporation filed in Court as claim # 6, in the amount of $33,488.86 in arrears on the grounds that:

1.       The arrears stated on the proof of claim # 6 does not reflect the correct amount on prepetition arrears as of February 2010.

2.       Secured Creditor Central Mortgage Corporation has provided to the Debtor with a Excel report where reflects that they are "holding" a total of $4,504.00. See exhibit "A".

3.       Central Mortgage Corporation's Proof of Claim must be amended to reflect the correct amount owed.

Objection to Proof of Claim                                                           1

| | |
|---|---|
| 1 | 4.     Debtor will amend the Chapter 13 plan accordingly when the creditor filed a |
| 2 | correct proof of claim. |
| 3 | This objection is based on this objection, the attached declaration and evidence in support |
| 4 | of this objection, the record and pleading on file in this case, and such other evidence as may be |
| 5 | presented at the hearing on this motion. |
| 6 | WHEREFORE, the debtor prays that this Court enter and order whereby this Court finds |
| 7 | that notice of this objection was adequate and orders the creditor not be allowed to the extent as |
| 8 | set forth in the debtor's declaration and supporting exhibits. |

Line numbers 1–28 run down the left margin.

Date: September 8, 2010                                     L. BISHOP AUSTIN & ASSOCIATES

                                                                */s/ L. Bishop Austin*     .
                                                                 L. Bishop Austin
                                                                 Attorney for Debtor(s)

**DECLARATION OF DEBTOR IN SUPPORT TO OBJECTION TO PROOF OF CLAIM FILED BY CENTRAL MORTGAGE CORPORATION**

I, Miguel Ortega Martinez and Alicia Martinez (the "Debtor") herein object to the claim of, Central Mortgage Corporation filed in Court as claim # 6, in the amount of $33,488.86 in arrears on the grounds that:

1. The arrears stated on the proof of claim # 6 does not reflect the correct amount on prepetition arrears as of February 2010.
2. Secured Creditor Central Mortgage Corporation has provided to the Debtor with a Excel report where reflects that they are "holding" a total of $4,504.00. See exhibit "A".
3. Central Mortgage Corporation's Proof of Claim must be amended to reflect the corect amount owed.
4. I will amend the Chapter 13 plan accordingly when the creditor filed a correct proof of claim.

I declare under penalty of perjury that the foregoing is true and correct and that if called to testify I would and could do so competently. This declaration was executed on September 8, 2010 at Los Angeles, California.

                                                       */s/ Miguel Ortega Martinez* .
                                                      Miguel Ortega Martinez

                                                      */s/ Alicia Martinez* .
                                                      Alicia Martinez